<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter    <u>11</u>

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Benny and Marys Irvine, LLC |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | DBA Benny and Marys Better Together |
| **3.** | **Debtor's federal Employer Identification Number (EIN)** | 92-1713170 |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 18420 Von Karman Avenue, #100<br>Irvine, CA 92612<br>Number, Street, City, State & ZIP Code | 10740 Jordan Road<br>Whittier, CA 90603<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | Orange<br>County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | www.bennyandmarys.com |

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

| Debtor | Benny and Marys Irvine, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    7255

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply*:

   ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.

| Debtor | Benny and Marys Irvine, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| List all cases. If more than 1, attach a separate list | Debtor | Dog Robber, Inc. | Relationship | Affiliate Ce |
|---|---|---|---|---|
| | District | Central , Los Angeles | When | 06/06/2025 | Case number, if known | 2:25-bk-14827 |

---

**11. Why is the case filed in this district?**    *Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                        Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
            Contact name _____
            Phone _____

---

**◼ Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| Debtor | Benny and Marys Irvine, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___June 6, 2025___
                    MM / DD / YYYY

**X** _____          Chad Reinhardt
Signature of authorized representative of debtor          Printed name

Title   Managing Member

---

**18. Signature of attorney**

**X** _____          Date   June 6, 2025
Signature of attorney for debtor                                    MM / DD / YYYY

Christopher A. Minier
Printed name

Golden Goodrich LLP
Firm name

3070 Bristol Street, Suite 640
Costa Mesa, CA 92626
Number, Street, City, State & ZIP Code

Contact phone _____     Email address   cminier@go2.law

190705 CA
Bar number and State

Debtor   Benny and Marys Irvine, LLC _____    Case number (*if known*) _____
         Name

███████  **Request for Relief, Declaration, and Signatures**

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      June 6, 2025
                 MM / DD / YYYY

X _____           Chad Reinhardt
  Signature of authorized representative of debtor        Printed name

Title   Managing Member

---

**18. Signature of attorney**   X   */s/ Christopher A. Minier*                Date   **June 6, 2025**
                                     Signature of attorney for debtor                MM / DD / YYYY

Christopher A. Minier
Printed name

Golden Goodrich LLP
Firm name

3070 Bristol Street, Suite 640
Costa Mesa, CA 92626
Number, Street, City, State & ZIP Code

Contact phone   714-966-1000        Email address   cminier@go2.law

190705 CA
Bar number and State

**Fill in this information to identify the case:**

Debtor name    Benny and Marys Irvine, LLC

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.    Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.    Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.    18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | **Declaration and signature** |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒    *Schedule H: Codebtors* (Official Form 206H)
☒    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☒    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 6, 2025          X _____
                                      Signature of individual signing on behalf of debtor

                                      Chad Reinhardt
                                      Printed name

                                      Managing Member
                                      Position or relationship to debtor

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

---

**Fill in this information to identify the case:**

Debtor name  **Benny and Marys Irvine, LLC**

United States Bankruptcy Court for the:  **CENTRAL DISTRICT OF CALIFORNIA**

Case number (if known) _____

☐ Check if this is an amended filing

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING — Bankruptcy fraud is a serious crime.**  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☒ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☒ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☒ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☒ Schedule H: Codebtors (Official Form 206H)
- ☒ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule _____
- ☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 6, 2025**        X _____
                                          Signature of individual signing on behalf of debtor

                                          **Chad Reinhardt**
                                          Printed name

                                          **Managing Member**
                                          Position or relationship to debtor

---

Fill in this information to identify the case:

| Debtor name | Benny and Marys Irvine, LLC |
|---|---|
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Recovery Service Inc. Attn:  Manager 555 St. Charles Drive, Suite 1000 Thousand Oaks, CA 91360 | | Trade debt | Disputed | | | $535.00 |
| Breakthru Beverage Attn:  Manager Southern California Division 6550 E. Washington Blvd. Los Angeles, CA 90040 | | Vendor | | | | $3,360.00 |
| California Department of Employment Development Department PO Box 826215 MIC 3A Sacramento, CA 94230-6215 | | Taxes | | | | $7,172.51 |
| California Dept. of Tax and Fee Administration Account Information Group MIC: 29 Sacramento, CA 94278-0029 | | Sales Taxe | | | | $91,781.23 |
| Dog Robber, Inc. 10740 Jordan Road Whittier, CA 90603 | | Loan | | | | $1,283,665.00 |
| Golden Malted Attn:  Manager 115 N. Main Street Exton, PA 19341 | | Trade debt | | | | $285.32 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  Benny and Marys Irvine, LLC _____     Case number *(if known)* _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | Taxes | | | | $35,282.45 |
| NewCo Capital Group, LLC c/o Michael K. Johnson, Esq. Piekarski Law PLLC 1 Whitehall St., 2nd Floor New York, NY 10004 | | Debtor's Assets | Contingent Unliquidated Disputed | | | $1,052,385.24 |
| Open Table, Inc. Attn: Manager P.O. Box 101861 Pasadena, CA 91189-1861 | | Trade debt | | | | $2,636.00 |
| Orkin Commercial Services Attn:  Manager PO Box 740300 Cincinnati, OH 45274-0300 | | Trade debt | | | | $2,911.00 |
| Rauch-Milliken International, Inc. Attn: Manager 4400 Trenton Street Suite A Metairie, LA 70003 | | Trade debt | | | | $14,334.38 |
| Republic Chef Masters Attn:  Manager 1664 W. Washington Blvd. Los Angeles, CA 90007 | | Trade debt | | | | $13,000.00 |
| RNDC Transport, Inc. Attn:  Manager 3919 Hammel Street Los Angeles, CA 90063 | | Trade debt | | | | $5,240.59 |
| SGWS Attn:  Manager 2400 SW 145th Avenue Suite 200 Hollywood, FL 33027 | | Trade debt | | | | $9,998.13 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  Benny and Marys Irvine, LLC
_____
      Name

Case number *(if known)*
_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Shift 4 Attn:  Manager 3501 Corporate Pkwy. Cherryville, PA 18035 | | | Disputed | | | $15,226.44 |
| Straub Attn: Manager 4633 E. La Palma Ave. Anaheim, CA 92807 | | Trade debt | | | | $2,000.00 |
| US Foods, Inc. Attn:  Manager 15155 Northam Street La Mirada, CA 90638 | | | Contingent Unliquidated Disputed | $72,769.55 | $0.00 | $72,769.55 |

# United States Bankruptcy Court
## Central District of California

In re  Benny and Marys Irvine, LLC

Debtor(s)

Case No.

Chapter  11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Chad Reinhardt<br>10740 Jordan Road<br>Whittier, CA 90603 | | 100% | Member |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  June 6, 2025

Signature _____
Chad Reinhardt

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Central District of California

In re    Benny and Marys Irvine, LLC

Debtor(s)

Case No. _____
Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Chad Reinhardt<br>10740 Jordan Road<br>Whittier, CA 90603 | | 100% | Member |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    June 6, 2025

Signature    _____
Chad Reinhardt

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

Dog Robber Inc., filed on June 6, 2025 as case number  2:25-bk-14827

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   Whittier, California                        , California.

Date:        June 6, 2025

Chad Reinhardt
Signature of Debtor 1

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                              Page 1          **F 1015-2.1.STMT.RELATED.CASES**

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    None

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    None

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    None

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    Dog Robber Inc., filed on June 6, 2025 as case number  2:25-bk-14827

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at    Whittier, California                          , California.

Date:          June 6, 2025

Chad Reinhardt
Signature of Debtor 1

_____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                              Page 1          **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name    Benny and Marys Irvine, LLC

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

---

**Part 1:**    **Summary of Assets**

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................    $      0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................................................    $      1,867,887.40

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................................    $      1,867,887.40

---

**Part 2:**    **Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $      72,769.55

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................    $      134,236.19

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$      2,405,577.10

4. **Total liabilities** ....................................................................................................................
   Lines 2 + 3a + 3b    $      2,612,582.84

---

---

**Fill in this information to identify the case:**

Debtor name __Benny and Marys Irvine, LLC__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an amended filing

---

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | $5,300.00 |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Flagstar Bank | Checking | 4841 | $4,711.81 |
| 3.2. | Flagstar Bank | Checking | 5769 | $2,942.77 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $12,954.58

**Part 2:    Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☒ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | Security deposit for lease at 18420 Von Karman Ave., #100, Irvine, CA 92612 | $41,657.60 |
|---|---|---|

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    Benny and Marys Irvine, LLC _____    Case number *(If known)* _____
     Name

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

9.    **Total of Part 2.**

    Add lines 7 through 8. Copy the total to line 81.

> $41,657.60

---

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☒ No.   Go to Part 4.
☐ Yes Fill in the information below.

---

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.   Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** Perishable foods and beverages (Subject to PACA claim of US Foods) | | $81,580.12 | Replacement | $81,580.12 |

23. **Total of Part 5.**

    Add lines 19 through 22.   Copy the total to line 84.

> $81,580.12

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☒ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☒ Yes. Book value   $28,300  Valuation method   Owners Estimate   Current Value   $31,500

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Benny and Marys Irvine, LLC | Case number *(If known)* | _____ |
|---|---|---|---|
| | Name | | |

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

### Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.   Go to Part 8.
☐ Yes Fill in the information below.

### Part 8:   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>Restaurant furniture & fixtures - custom made as per<br>restaurant design | $12,514.00 | Management Estimates | $24,194.10 |
| Restaurant equipment | $7,540.59 | Management estimates | $49,250.00 |

**51.** **Total of Part 8.**
Add lines 47 through 50.   Copy the total to line 87.

| $73,444.10 |
|---|

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

### Part 9:   Real property

**54. Does the debtor own or lease any real property?**

☐ No.   Go to Part 10.
☒ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other | Nature and extent of debtor's interest | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Benny and Marys Irvine, LLC | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

| description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | in property | | | |
|---|---|---|---|---|
| 55.1.   18420 Von Karman Ave., #100 Irvine, CA 92612 | Leasehold interest | $56,226.67 | Management estimates | Unknown |

**56.**   **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| | |
|---|---|
| | $Unknown |

**57.**   **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

**58.**   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 10:**   **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.   Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.**   **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.**   **Internet domain names and websites** | | | |
| **62.**   **Licenses, franchises, and royalties** | | | |
| Alcoholic Beverage License | $97,881.66 | Management estimates | $75,000.00 |
| **63.**   **Customer lists, mailing lists, or other compilations** | | | |
| **64.**   **Other intangibles, or intellectual property** | | | |
| **65.**   **Goodwill** Value of entity in a sale | Unknown | | Unknown |

**66.**   **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | |
|---|---|
| | $75,000.00 |

**67.**   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☒ No
☐ Yes

**68.**   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | Benny and Marys Irvine, LLC | Case number *(If known)* |
|--------|------------------------------|---------------------------|
| | Name | |

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

**Part 11:**    **All other assets**

---

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.    Go to Part 12.

☒ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|--|----------------------------------------|

**71.**    **Notes receivable**
Description (include name of obligor)

**72.**    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| | | |
|--|--|--|
| Federal NOL | Tax year 2023 | $666,512.00 |
| Federal NOL | Tax year 2024 | $239,775.00 |
| California NOL | Tax year 2023 | $270,050.00 |
| California NOL | Tax year 2024 | $406,914.00 |

**73.**    **Interests in insurance policies or annuities**

**74.**    **Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.**    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.**    **Trusts, equitable or future interests in property**

**77.**    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78.**    **Total of Part 11.** | $1,583,251.00 |

Add lines 71 through 77. Copy the total to line 90.

**79.**    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  Benny and Marys Irvine, LLC                          Case number *(If known)* _____
        Name

---

**Part 12:**  Summary

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $12,954.58 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $41,657.60 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $81,580.12 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $73,444.10 | |
| 88. **Real property.** *Copy line 56, Part 9* ..............................................> | | $Unknown |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $75,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,583,251.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,867,887.40 | + 91b.  $0.00 |

92.  **Total of all property on Schedule A/B.** Add lines 91a+91b=92          $1,867,887.40

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Benny and Marys Irvine, LLC___

United States Bankruptcy Court for the: ___CENTRAL DISTRICT OF CALIFORNIA___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1** US Foods, Inc.

Creditor's Name

Attn:  Manager
15155 Northam Street
La Mirada, CA 90638

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
12/14/2023

Last 4 digits of account number
6064

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien          $72,769.55          $0.00

Describe the lien
Financing Statement PACA claim

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

---

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.          $72,769.55

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  Benny and Marys Irvine, LLC

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,172.51 | $7,172.51 |
|  | California Department of<br>Employment<br>Development Department<br>PO Box 826215 MIC 3A<br>Sacramento, CA 94230-6215 |  |  |  |
|  | Date or dates debt was incurred<br>025 | Basis for the claim:<br>Taxes |  |  |
|  | Last 4 digits of account number 3112 | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |
|  | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) |  |  |  |
| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $91,781.23 | $91,781.23 |
|  | California Dept. of Tax and Fee<br>Administration<br>Account Information Group<br>MIC: 29<br>Sacramento, CA 94278-0029 |  |  |  |
|  | Date or dates debt was incurred<br>2025 | Basis for the claim:<br>Sales Taxe |  |  |
|  | Last 4 digits of account number 5488 | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |
|  | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) |  |  |  |
| **2.3** | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $35,282.45 | $35,282.45 |
|  | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |  |  |  |
|  | Date or dates debt was incurred<br>2024 & 2025 | Basis for the claim:<br>Taxes |  |  |
|  | Last 4 digits of account number 3170 | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |
|  | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) |  |  |  |

| Debtor | Benny and Marys Irvine, LLC | | Case number (if known) | | |
|---|---|---|---|---|---|
| | Name | | | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.4** Priority creditor's name and mailing address
Orange County Treasurer-Tax
Collector
PO Box 1438
Santa Ana, CA 92702

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

| Date or dates debt was incurred | Basis for the claim:<br>Notice Only - Property Tax |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $535.00 |
|---|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
American Recovery Service Inc.
Attn:   Manager
555 St. Charles Drive, Suite 1000
Thousand Oaks, CA 91360

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** 06/30/2023
**Last 4 digits of account number** _

**Basis for the claim:** Trade debt
Is the claim subject to offset?   ☐ No   ☐ Yes

$535.00

---

**3.2** Nonpriority creditor's name and mailing address
Breakthru Beverage
Attn:   Manager
Southern California Division
6550 E. Washington Blvd.
Los Angeles, CA 90040

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 05/30/2025
**Last 4 digits of account number** 0144

**Basis for the claim:** Vendor
Is the claim subject to offset?   ☒ No   ☐ Yes

$3,360.00

---

**3.3** Nonpriority creditor's name and mailing address
Dog Robber, Inc.
10740 Jordan Road
Whittier, CA 90603

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Loan
Is the claim subject to offset?   ☒ No   ☐ Yes

$1,283,665.00

---

**3.4** Nonpriority creditor's name and mailing address
Golden Malted
Attn:   Manager
115 N. Main Street
Exton, PA 19341

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 03/2025
**Last 4 digits of account number** 6UNU

**Basis for the claim:** Trade debt
Is the claim subject to offset?   ☒ No   ☐ Yes

$285.32

---

**3.5** Nonpriority creditor's name and mailing address
NewCo Capital Group, LLC
c/o Michael K. Johnson, Esq.
Piekarski Law PLLC
1 Whitehall St., 2nd Floor
New York, NY 10004

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** 07/13/2023
**Last 4 digits of account number** 7837

**Basis for the claim:** Debtor's Assets
Is the claim subject to offset?   ☒ No   ☐ Yes

$1,052,385.24

---

| Debtor | Benny and Marys Irvine, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6** | **Nonpriority creditor's name and mailing address** | | | **$2,636.00**

Open Table, Inc.
Attn: Manager
P.O. Box 101861
Pasadena, CA 91189-1861

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 05/30/2025

**Basis for the claim:** Trade debt

**Last 4 digits of account number** 7185

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | | | **$2,911.00**

Orkin Commercial Services
Attn:  Manager
PO Box 740300
Cincinnati, OH 45274-0300

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | | | **$14,334.38**

Rauch-Milliken International, Inc.
Attn: Manager
4400 Trenton Street
Suite A
Metairie, LA 70003

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** May 2024

**Basis for the claim:** Trade debt

**Last 4 digits of account number** 1701

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | | | **$13,000.00**

Republic Chef Masters
Attn:   Manager
1664 W. Washington Blvd.
Los Angeles, CA 90007

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** May 2025

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | | | **$5,240.59**

RNDC Transport, Inc.
Attn:   Manager
3919 Hammel Street
Los Angeles, CA 90063

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 05/30/2025

**Basis for the claim:** Trade debt

**Last 4 digits of account number** 7899

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | | | **$9,998.13**

SGWS
Attn:   Manager
2400 SW 145th Avenue
Suite 200

Hollywood, FL 33027

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 05/30/2025

**Basis for the claim:** Trade debt

**Last 4 digits of account number** 1818

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | | | **$15,226.44**

Shift 4
Attn:   Manager
3501 Corporate Pkwy.
Cherryville, PA 18035

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| Debtor | Benny and Marys Irvine, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,000.00 |
|---|---|---|---|

Straub
Attn: Manager
4633 E. La Palma Ave.
Anaheim, CA 92807

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _6145_

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

The Irvine Company
Attn:   Manager
111 Innovation Drive
Irvine, CA 92617

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**Part 3:     List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**Part 4:     Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.   Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 134,236.19 |
| **5b. Total claims from Part 2** | 5b.  + | $ 2,405,577.10 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 2,539,813.29 |

**Fill in this information to identify the case:**

Debtor name ___Benny and Marys Irvine, LLC___

United States Bankruptcy Court for the: ___CENTRAL DISTRICT OF CALIFORNIA___

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
     ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
     (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest    State the term remaining    List the contract number of any government contract | Restaurant space of premises at 18420 Von Karman Ave., #100, Irvine,   CA 92612 Expires 10/31/2035 |
| | Irvine Office Towers 1, LLC c/o Irvine Management Company 18500 Von Karman, Suite 120 Attn:   Property Manager Irvine, CA 92612 |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest    State the term remaining    List the contract number of any government contract | Food and drink master purchase agreement |
| | US Foods, Inc. Attn:   Manager 9399 West Higgins Road Suite 100 Des Plaines, IL 60018 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Benny and Marys Irvine, LLC

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an amended filing

# Official Form 206H
## Schedule H: Your Codebtors                                           12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 | Chad Reinhardt | 10740 Jordan Road Whittier, CA 90603 | US Foods, Inc. | ☒ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.2 | Chad Reinhardt | 10740 Jordan Road Whittier, CA 90603 | Breakthru Beverage | ☐ D _____ ☒ E/F ___3.2___ ☐ G _____ |
| 2.3 | Chad Reinhardt | 10740 Jordan Road Whittier, CA 90603 | RNDC Transport, Inc. | ☐ D _____ ☒ E/F ___3.10___ ☐ G _____ |
| 2.4 | Chad Reinhardt | 10740 Jordan Road Whittier, CA 90603 | SGWS | ☐ D _____ ☒ E/F ___3.11___ ☐ G _____ |
| 2.5 | Chad Reinhardt | 10740 Jordan Road Whittier, CA 90603 | Shift 4 | ☐ D _____ ☒ E/F ___3.12___ ☐ G _____ |
| 2.6 | Chad Reinhardt | 10740 Jordan Road Whittier, CA 90603 | American Recovery Service Inc. | ☐ D _____ ☒ E/F ___3.1___ ☐ G _____ |

| Debtor | Benny and Marys Irvine, LLC | Case number *(if known)* | |
|---|---|---|---|

| | **Additional Page to List More Codebtors** | | |
|---|---|---|---|

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.7 | Chad Reinhardt | 10740 Jordan Road<br>Whittier, CA 90603 | Straub | ☐ D _____<br>☒ E/F ___3.13___<br>☐ G _____ |
| 2.8 | The Benediction by Toast | 11119 1st Avenue<br>Whittier, CA 90603 | NewCo Capital Group, LLC | ☐ D _____<br>☒ E/F ___3.5___<br>☐ G _____ |
| 2.9 | The Benediction Social Eatery | 1119 1st Avenue<br>Whittier, CA 90603 | NewCo Capital Group, LLC | ☐ D _____<br>☒ E/F ___3.5___<br>☐ G _____ |
| 2.10 | The Benediction Social Eatery | 11119 1st Avenue<br>Whittier, CA 90603 | NewCo Capital Group, LLC | ☐ D _____<br>☒ E/F ___3.5___<br>☐ G _____ |
| 2.11 | The Dylan | 11119 1st Avenue<br>Whittier, CA 90603 | NewCo Capital Group, LLC | ☐ D _____<br>☒ E/F ___3.5___<br>☐ G _____ |
| 2.12 | The Dylan | 11119 1st Avenue<br>Whittier, CA 90603 | NewCo Capital Group, LLC | ☐ D _____<br>☒ E/F ___3.5___<br>☐ G _____ |
| 2.13 | The Dylan Social Eatery | 11119 1st Avenue<br>Whittier, CA 90603 | NewCo Capital Group, LLC | ☐ D _____<br>☒ E/F ___3.5___<br>☐ G _____ |
| 2.14 | Toast Coffee Tea and Juice | 11114 1st Avenue<br>Whittier, CA 90603 | NewCo Capital Group, LLC | ☐ D _____<br>☒ E/F ___3.5___<br>☐ G _____ |
| 2.15 | Toast Whittier | 11119 1st Avenue<br>Whittier, CA 90603 | NewCo Capital Group, LLC | ☐ D _____<br>☒ E/F ___3.5___<br>☐ G _____ |
| 2.16 | Chad Reinhardt | 10740 Jordan Road<br>Whittier, CA 90603 | Irvine Office Towers 1, LLC | ☐ D _____<br>☐ E/F _____<br>☒ G ___2.1___ |

**Fill in this information to identify the case:**

Debtor name    Benny and Marys Irvine, LLC

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 12/01/2025 to Filing Date | ☒ Operating a business<br><br>☐ Other | $1,226,487.00 |
| For prior year:<br>From 01/01/2024 to 12/31/2024 | ☒ Operating a business<br><br>☐ Other | $3,960,301.00 |
| For year before that:<br>From 01/01/2023 to 12/31/2023 | ☒ Operating a business<br><br>☐ Other | $573,764.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor    Benny and Marys Irvine, LLC _____    Case number *(if known)* _____

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | US Foods<br>Attn:   Manager<br>15155 Northam Street<br>La Mirada, CA 90638 | | $233,621.66 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.2. | SGWS<br>Attn:   Manager<br>File 56002<br>Los Angeles, CA 90074-6002 | | $26,309.71 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.3. | California Dept. of Tax and Fee<br>Administration<br>Account Information Group<br>MIC: 29<br>Sacramento, CA 94278-0029 | | $25,475.91 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other_Sales Tax_ |
| 3.4. | The Irvine Company<br>Attn:   Manager<br>111 Innovation Drive<br>Irvine, CA 92617 | | $20,583.44 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other_Lease_ |
| 3.5. | RNDC<br>Attn:   Manager<br>P.O. Box 743564<br>Los Angeles, CA 90074-3564 | | $18,912.32 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.6. | Breakthru Beverages<br>Attn:   Manager<br>Southern California Division<br>Los Angeles, CA 90040-1800 | | $14,465.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.7. | Southern California Edison<br>Attn:   Manager<br>P.O. Box 300<br>Rosemead, CA 91772-0001 | | $12,080.61 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.8. | Choice Insurance | | $8,997.04 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other__ |
| 3.9. | Slique Media | | $6,885.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

| Debtor | Benny and Marys Irvine, LLC | Case number *(if known)* | |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☒ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | NewCo Capital Group, LLC vs. Dog Robber Inc., et. al E2024007774 | Collections | Supreme Court of the State of New York County of Monroe 99 Exchange Blvd., Ste 545 Rochester, NY 14614 | ☐ Pending ☒ On appeal ☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☒ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ☐ None

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Benny and Marys Irvine, LLC _____    Case number *(if known)* _____

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Los Angeles Food Bank | % of sales | 01/16/2025 | Unknown |
| | **Recipients relationship to debtor**<br>None | | | |

---

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Golden Goodrich LLP<br>3070 Bristol Street<br>Suite 640<br>Costa Mesa, CA 92626 | Amount of payment includes the Court filing fee of $1,738 | 05/27/2025 | $33,000.00 |
| | **Email or website address**<br>dgoodrich@go2.law | | | |
| | **Who made the payment, if not debtor?** | | | |

---

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Benny and Marys Irvine, LLC                                    Case number *(if known)*

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. See attached addendum. | | | $0.00 |
| **Relationship to debtor** | | | |

---

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒  No. Go to Part 9.
☐  Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒  No.
☐  Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐  No. Go to Part 10.
☒  Yes. Does the debtor serve as plan administrator?

       ☐ No Go to Part 10.
       ☒ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| CalSavers | EIN: |

Has the plan been terminated?
☒ No
☐ Yes

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Debtor    Benny and Marys Irvine, LLC                                    Case number *(if known)* _____

---

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Bank of America | XXXX-7537 | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 08/07/2024 | $0.00 |
| 18.2. | Bank of America | XXXX-7524 | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 08/02/2024 | $0.00 |

---

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | Benny and Marys Irvine, LLC | Case number *(if known)* | |
|---|---|---|---|

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | AGK Business Services<br>5 Westwood Dr., Ste. 2<br>Westbury, NY 11590 | 01/01/2023 -<br>04/30/2025 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | AGK Business Services<br>5 Westwood Dr., Ste. 2<br>Westbury, NY 11590 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Benny and Marys Irvine, LLC | Case number *(if known)* |
|---|---|---|

**Name and address**

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Chad Reinhardt | 10740 Jordan Road Whittier, CA 90603 | Managing Member | 100% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor      Benny and Marys Irvine, LLC                                    Case number *(if known)*

---

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      June 6, 2025

_____            Chad Reinhardt
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    Managing Member

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

Debtor    Benny and Marys Irvine, LLC _____          Case number *(if known)* _____

## Part 14:    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ **June 6, 2025** _____

_____          **Chad Reinhardt** _____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    Managing Member _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re  Benny and Marys Irvine, LLC

Debtor(s)

Case No. _____

Chapter  11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ..................................................... $    To be Determined

Prior to the filing of this statement I have received ........................................ $    $31,262.00

Balance Due ......................................................................................... $    To be Determined

2.  The source of the compensation paid to me was:

☒ Debtor     ☐ Other (specify):

3.  The source of compensation to be paid to me is:

☒ Debtor     ☐ Other (specify):

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
     Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

June 6, 2025

*Date*

*/s/ Christopher A. Minier*
Christopher A. Minier
*Signature of Attorney*
Golden Goodrich LLP
3070 Bristol Street, Suite 640
Costa Mesa, CA 92626
 Fax:
cminier@go2.law
*Name of law firm*

---

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address
David Goodrich , Esq., State Bar No. 208675
dgoodrich@go2.law
Christopher A. Minier, Esq., State Bar No. 190705
cminier@go2.law
GOLDEN GOODRICH LLP
3070 Bristol Street, Suite 640
Costa Mesa, CA 92626

FOR COURT USE ONLY

☐  *Debtor(s) appearing without an attorney*
☒  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

Benny and Marys Irvine, LLC

CASE NO.:

CHAPTER: 11

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

**[LBR 1007-1(a)]**

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __3__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  June 6, 2025

Chad Reinhardt

Date:  _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:  June 6, 2025

Christopher A. Minier

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                    **F 1007-1.MAILING.LIST.VERIFICATION**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| David Goodrich , Esq., State Bar No. 208675<br>dgoodrich@go2.law<br>Christopher A. Minier, Esq., State Bar No. 190705<br>cminier@go2.law<br>GOLDEN GOODRICH LLP<br>3070 Bristol Street, Suite 640<br>Costa Mesa, CA 92626 | |

☐ *Debtor(s) appearing without an attorney*
☒ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>Benny and Marys Irvine, LLC | CASE NO.:<br>CHAPTER: 11 |
|---|---|
| | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __3__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  June 6, 2025

Chad Reinhardt

Date:

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:  June 6, 2025

*/s/ Christopher A. Minier*
Christopher A. Minier

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                              **F 1007-1.MAILING.LIST.VERIFICATION**

American Recovery Service Inc.
Attn:  Manager
555 St. Charles Drive, Suite 1000
Thousand Oaks, CA 91360


Breakthru Beverage
Attn:  Manager
Southern California Division
6550 E. Washington Blvd.
Los Angeles, CA 90040


California Department of Employment
Development Department
PO Box 826215 MIC 3A
Sacramento, CA 94230-6215


California Dept. of Tax and Fee
Administration
Account Information Group MIC: 29
Sacramento, CA 94278-0029


Chad Reinhardt
10740 Jordan Road
Whittier, CA 90603


Dog Robber, Inc.
10740 Jordan Road
Whittier, CA 90603


Golden Malted
Attn:  Manager
115 N. Main Street
Exton, PA 19341


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Irvine Office Towers 1, LLC
Attn:  Property Manager
c/o Irvine Management Company
18500 Von Karman, Suite 120
Irvine, CA 92612


NewCo Capital Group, LLC
c/o Michael K. Johnson, Esq.
Piekarski Law PLLC 1 Whitehall St., 2nd
New York, NY 10004


Open Table, Inc.
Attn: Manager
P.O. Box 101861
Pasadena, CA 91189-1861


Orange County Treasurer-Tax
Collector
PO Box 1438
Santa Ana, CA 92702


Orkin Commercial Services
Attn:  Manager
PO Box 740300
Cincinnati, OH 45274-0300


Rauch-Milliken International, Inc.
Attn: Manager
4400 Trenton Street Suite A
Metairie, LA 70003


Republic Chef Masters
Attn:  Manager
1664 W. Washington Blvd.
Los Angeles, CA 90007


RNDC Transport, Inc.
Attn:  Manager
3919 Hammel Street
Los Angeles, CA 90063

SGWS
Attn: Manager
2400 SW 145th Avenue Suite 200
Hollywood, FL 33027


Shift 4
Attn: Manager
3501 Corporate Pkwy.
Cherryville, PA 18035


Straub
Attn: Manager
4633 E. La Palma Ave.
Anaheim, CA 92807


The Benediction by Toast
11119 1st Avenue
Whittier, CA 90603


The Benediction Social Eatery
1119 1st Avenue
Whittier, CA 90603


The Benediction Social Eatery
11119 1st Avenue
Whittier, CA 90603


The Dylan
11119 1st Avenue
Whittier, CA 90603


The Dylan Social Eatery
11119 1st Avenue
Whittier, CA 90603

```
The Irvine Company
Attn:  Manager
111 Innovation Drive
Irvine, CA 92617


Toast Coffee Tea and Juice
11114 1st Avenue
Whittier, CA 90603


Toast Whittier
11119 1st Avenue
Whittier, CA 90603


US Foods, Inc.
Attn:  Manager
15155 Northam Street
La Mirada, CA 90638


US Foods, Inc.
Attn:  Manager
9399 West Higgins Road Suite 100
Des Plaines, IL 60018
```

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| David Goodrich<br>3070 Bristol Street, Suite 640<br>Costa Mesa, CA 92626<br><br>California State Bar Number: 208675 CA<br>Cyoshonis@go2.law | |

☒ *Attorney for:*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    Benny and Marys Irvine, LLC<br><br>                                        Debtor(s),<br><br>                                        Plaintiff(s),<br><br><br><br><br><br><br><br>                                        Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    11<br><br>**CORPORATE OWNERSHIP STATEMENT<br>PURSUANT TO    FRBP 1007(a)(1)<br>and 7007.1, and LBR 1007-4**<br><br>[No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    David Goodrich_____, the undersigned in the above-captioned case, hereby declare
          *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                        **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.     I have personal knowledge of the matters set forth in this Statement because:
☐ I am the president or other officer or an authorized agent of the Debtor corporation
☐ I am a party to an adversary proceeding
☐ I am a party to a contested matter
☒ I am the attorney for the Debtor corporation

2.a.   ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
*[For additional names, attach an addendum to this form.]*

b.     ☒ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

June 6, 2025
_____
Date

By:     */s/ David M. Goodrich*
_____
Signature of Debtor, or attorney for Debtor

Name:   David Goodrich
_____
Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                **F 1007-4.CORP.OWNERSHIP.STMT**

## United States Bankruptcy Court
### Central District of California

In re ___Benny and Marys Irvine, LLC_____

Case No. _____

Debtor(s)    Chapter ___11_____

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Chad Reinhardt, declare under penalty of perjury that I am the Managing Member of Benny and Marys Irvine, LLC, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __ day of __, 20__.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Chad Reinhardt, Managing Member of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Chad Reinhardt, Managing Member of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Chad Reinhardt, Managing Member of this Corporation is authorized and directed to employ David Goodrich , attorney and the law firm of Golden Goodrich LLP to represent the corporation in such bankruptcy case."

Date __June 6, 2025_____    Signed _____
Chad Reinhardt

**United States Bankruptcy Court**
**Central District of California**

In re   Benny and Marys Irvine, LLC

Debtor(s)

Case No.

Chapter   11

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Chad Reinhardt, declare under penalty of perjury that I am the Managing Member of Benny and Marys Irvine, LLC, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __ day of __, 20__.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Chad Reinhardt, Managing Member of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Chad Reinhardt, Managing Member of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Chad Reinhardt, Managing Member of this Corporation is authorized and directed to employ David Goodrich , attorney and the law firm of Golden Goodrich LLP to represent the corporation in such bankruptcy case."

Date   June 6, 2025

Signed   _Chad Reinhardt_
Chad Reinhardt

Resolution of Board of Directors
of
Benny and Marys Irvine, LLC


Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that  Chad Reinhardt, Managing Member  of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that  Chad Reinhardt, Managing Member  of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that  Chad Reinhardt, Managing Member  of this Corporation is authorized and directed to employ David Goodrich , attorney and the law firm of Golden Goodrich LLP to represent the corporation in such bankruptcy case.

Date  June 6, 2025 _____      Signed  _____


Date  June 6, 2025 _____      Signed  _____

Resolution of Board of Directors
of
Benny and Marys Irvine, LLC

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Chad Reinhardt, Managing Member of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Chad Reinhardt, Managing Member of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Chad Reinhardt, Managing Member of this Corporation is authorized and directed to employ David Goodrich , attorney and the law firm of Golden Goodrich LLP to represent the corporation in such bankruptcy case.

Date   June 6, 2025 _____        Signed _____

Date   June 6, 2025 _____        Signed _____

**Dog Robber Inc**
**Details of Fund Transfers with Benny & Mary's Irvine LLC**
Period: 06/01/2023 to 05/31/2025

| Payments to Benny & Mary's Irvine LLC | | | |
|---|---|---|---|
| Date | From Account of DRI | To Account of Benny & Mary's Irvine LLC | Amount |
| 5/30/2025 | Flagstar Operating | Flagstar xxxx | $7,866.33 |
| 5/30/2025 | Flagstar ICS | Flagstar xxxx | $10,000.00 |
| 5/29/2025 | Flagstar Operating | Flagstar xxxx | $10,683.89 |
| 5/27/2025 | Flagstar Operating | Flagstar xxxx | $43,881.89 |
| 5/23/2025 | Flagstar ICS | Flagstar xxxx | $34,931.44 |
| 5/23/2025 | Flagstar ICS | Flagstar xxxx | $12,175.10 |
| 5/22/2025 | Flagstar Operating | Flagstar xxxx | $3,249.20 |
| 5/19/2025 | Flagstar ICS | Flagstar xxxx | $19,090.55 |
| 5/16/2025 | Flagstar ICS xxxx | Flagstar xxxx | $11,907.52 |
| 5/16/2025 | Flagstar Operating xxxx | Flagstar xxxx | $3,000.00 |
| 5/15/2025 | Flagstar ICS xxxx | Flagstar xxxx | $8,616.19 |
| 5/14/2025 | Flagstar ICS xxxx | Flagstar xxxx | $8,728.29 |
| 5/13/2025 | Flagstar ICS xxxx | Flagstar xxxx | $11,683.65 |
| 5/12/2025 | Flagstar ICS xxxx | Flagstar xxxx | $49,843.02 |
| 5/9/2025 | Flagstar ICS xxxx | Flagstar xxxx | $3,203.71 |
| 5/8/2025 | Flagstar ICS xxxx | Flagstar xxxx | $5,546.01 |
| 5/8/2025 | Flagstar Operating xxxx | Flagstar xxxx | $100.00 |
| 5/7/2025 | Flagstar ICS xxxx | Flagstar xxxx | $6,779.41 |
| 5/6/2025 | Flagstar ICS xxxx | Flagstar xxxx | $5,418.80 |
| 5/5/2025 | Flagstar ICS xxxx | Flagstar xxxx | $33,523.91 |
| 5/2/2025 | Flagstar ICS xxxx | Flagstar xxxx | $6,590.13 |
| 5/1/2025 | Flagstar ICS xxxx | Flagstar xxxx | $9,614.42 |
| 4/30/2025 | Flagstar ICS xxxx | Flagstar xxxx | $21,132.21 |
| 4/29/2025 | Flagstar ICS xxxx | Flagstar xxxx | $17,318.02 |
| 4/28/2025 | Flagstar ICS xxxx | Flagstar xxxx | $78,256.85 |
| 4/25/2025 | Flagstar ICS xxxx | Flagstar xxxx | $1,265.39 |
| 4/24/2025 | Flagstar ICS xxxx | Flagstar xxxx | $9,999.87 |
| 4/23/2025 | Flagstar ICS xxxx | Flagstar xxxx | $4,795.72 |
| 4/22/2025 | Flagstar ICS xxxx | Flagstar xxxx | $15,902.92 |
| 4/21/2025 | Flagstar ICS xxxx | Flagstar xxxx | $18,323.76 |
| 4/17/2025 | Flagstar ICS xxxx | Flagstar xxxx | $15,591.10 |
| 4/16/2025 | Flagstar ICS xxxx | Flagstar xxxx | $3,693.73 |
| 4/15/2025 | Flagstar ICS xxxx | Flagstar xxxx | $12,083.00 |
| 4/14/2025 | Flagstar ICS xxxx | Flagstar xxxx | $59,564.46 |
| 4/11/2025 | Flagstar ICS xxxx | Flagstar xxxx | $3,386.12 |
| 4/10/2025 | Flagstar ICS xxxx | Flagstar xxxx | $6,654.19 |
| 4/9/2025 | Flagstar ICS xxxx | Flagstar xxxx | $7,046.82 |
| 4/8/2025 | Flagstar ICS xxxx | Flagstar xxxx | $5,079.67 |
| 4/7/2025 | Flagstar ICS xxxx | Flagstar xxxx | $21,946.99 |
| 4/4/2025 | Flagstar ICS xxxx | Flagstar xxxx | $10,537.60 |
| 4/3/2025 | Flagstar ICS xxxx | Flagstar xxxx | $2,019.17 |
| 4/2/2025 | Flagstar ICS xxxx | Flagstar xxxx | $15,982.04 |
| 4/1/2025 | Flagstar ICS xxxx | Flagstar xxxx | $23,932.85 |
| 3/31/2025 | Flagstar ICS xxxx | Flagstar xxxx | $72,610.41 |
| 3/28/2025 | Flagstar ICS xxxx | Flagstar xxxx | $8,340.70 |
| 3/27/2025 | Flagstar ICS xxxx | Flagstar xxxx | $4,107.29 |
| 3/26/2025 | Flagstar ICS xxxx | Flagstar xxxx | $7,526.52 |
| 3/25/2025 | Flagstar ICS xxxx | Flagstar xxxx | $27,122.25 |
| 3/24/2025 | Flagstar ICS xxxx | Flagstar xxxx | $21,511.38 |

| Receipts from Benny & Mary's Irvine LLC | | | |
|---|---|---|---|
| Date | Into Account of DRI | From Account of Benny & Mary's Irvine LLC | Amount |
| 4/18/2025 | Flagstar ICS xxxx | Flagstar xxxx | $593.87 |
| 8/2/2024 | Flagstar ICS xxxx | Flagstar xxxx | $3,902.41 |
| 3/20/2024 | Flagstar ICS xxxx | Flagstar xxxx | $7,927.10 |
| 2/9/2025 | BOFA xxxx | BOFA xxxx | $14,000.00 |
| 2/2/2024 | BOFA xxxx | BOFA xxxx | $25,000.00 |
| 1/30/2024 | BOFA xxxx | BOFA xxxx | $9,048.81 |
| 12/27/2023 | BOFA xxxx | BOFA xxxx | $25,000.00 |
| 12/18/2023 | BOFA xxxx | BOFA xxxx | $25,000.00 |
| 12/15/2023 | BOFA xxxx | BOFA xxxx | $25,000.00 |
| **Total** | | | **$135,472.19** |

| Sales Deposits of Benny & Mary's Irvine LLC received by Dog Robber Inc | | | |
|---|---|---|---|
| From | To | From Account of Benny & Mary's Irvine LLC | Amount |
| 3/22/2024 | 30-May-25 | | $5,235,802.53 |
| **Total** | | | **$5,235,802.53** |

| | |
|---|---|
| Total Receipts | $5,371,274.72 |
| Total Payments | $5,814,862.36 |

**ADDENDUM TO SOFA**

| Date | Payee | | Amount |
|---|---|---|---|
| 3/21/2025 | Flagstar ICS xxxx | Flagstar xxxx | $6,029.70 |
| 3/20/2025 | Flagstar ICS xxxx | Flagstar xxxx | |
| 3/19/2025 | Flagstar ICS xxxx | Flagstar xxxx | $8,372.73 |
| 3/18/2025 | Flagstar ICS xxxx | Flagstar xxxx | $25,793.08 |
| 3/17/2025 | Flagstar ICS xxxx | Flagstar xxxx | $88,144.49 |
| 3/14/2025 | Flagstar ICS xxxx | Flagstar xxxx | $1,668.19 |
| 3/13/2025 | Flagstar ICS xxxx | Flagstar xxxx | $14,236.20 |
| 3/12/2025 | Flagstar ICS xxxx | Flagstar xxxx | $5,230.98 |
| 3/11/2025 | Flagstar ICS xxxx | Flagstar xxxx | $5,457.60 |
| 3/10/2025 | Flagstar ICS xxxx | Flagstar xxxx | $18,581.55 |
| 3/7/2025 | Flagstar ICS xxxx | Flagstar xxxx | $10,601.99 |
| 3/6/2025 | Flagstar ICS xxxx | Flagstar xxxx | $2,956.95 |
| 3/5/2025 | Flagstar ICS xxxx | Flagstar xxxx | $14,180.23 |
| 3/4/2025 | Flagstar ICS xxxx | Flagstar xxxx | $23,094.52 |
| 3/3/2025 | Flagstar ICS xxxx | Flagstar xxxx | $73,784.41 |
| 2/28/2025 | Flagstar ICS xxxx | Flagstar xxxx | $6,268.28 |
| 2/27/2025 | Flagstar ICS xxxx | Flagstar xxxx | $6,565.37 |
| 2/26/2025 | Flagstar ICS xxxx | Flagstar xxxx | $9,677.41 |
| 2/25/2025 | Flagstar ICS xxxx | Flagstar xxxx | $19,162.84 |
| 2/24/2025 | Flagstar ICS xxxx | Flagstar xxxx | $19,556.59 |
| 2/21/2025 | Flagstar ICS xxxx | Flagstar xxxx | $2,496.80 |
| 2/20/2025 | Flagstar ICS xxxx | Flagstar xxxx | $8,713.68 |
| 2/19/2025 | Flagstar ICS xxxx | Flagstar xxxx | $43,656.23 |
| 2/18/2025 | Flagstar ICS xxxx | Flagstar xxxx | $64,969.13 |
| 2/14/2025 | Flagstar ICS xxxx | Flagstar xxxx | $9,213.93 |
| 2/13/2025 | Flagstar ICS xxxx | Flagstar xxxx | $3,311.41 |
| 2/12/2025 | Flagstar ICS xxxx | Flagstar xxxx | $4,888.92 |
| 2/11/2025 | Flagstar ICS xxxx | Flagstar xxxx | $52,450.18 |
| 2/10/2025 | Flagstar ICS xxxx | Flagstar xxxx | $50,920.78 |
| 2/7/2025 | Flagstar ICS xxxx | Flagstar xxxx | $5,057.27 |
| 2/6/2025 | Flagstar ICS xxxx | Flagstar xxxx | $4,586.75 |
| 2/5/2025 | Flagstar ICS xxxx | Flagstar xxxx | $5,831.17 |
| 2/4/2025 | Flagstar ICS xxxx | Flagstar xxxx | $18,453.86 |
| 2/3/2025 | Flagstar ICS xxxx | Flagstar xxxx | $60,115.92 |
| 1/31/2025 | Flagstar ICS xxxx | Flagstar xxxx | $3,896.04 |
| 1/30/2025 | Flagstar ICS xxxx | Flagstar xxxx | $9,293.21 |
| 1/29/2025 | Flagstar ICS xxxx | Flagstar xxxx | $5,391.96 |
| 1/28/2025 | Flagstar ICS xxxx | Flagstar xxxx | $14,125.19 |
| 1/27/2025 | Flagstar ICS xxxx | Flagstar xxxx | $4,543.15 |
| 1/24/2025 | Flagstar ICS xxxx | Flagstar xxxx | $6,450.95 |
| 1/23/2025 | Flagstar ICS xxxx | Flagstar xxxx | $12,655.64 |
| 1/22/2025 | Flagstar ICS xxxx | Flagstar xxxx | $19,510.79 |
| 1/21/2025 | Flagstar ICS xxxx | Flagstar xxxx | $78,252.67 |
| 1/17/2025 | Flagstar ICS xxxx | Flagstar xxxx | $2,733.92 |
| 1/16/2025 | Flagstar ICS xxxx | Flagstar xxxx | $7,129.19 |
| 1/15/2025 | Flagstar ICS xxxx | Flagstar xxxx | $6,353.84 |
| 1/14/2025 | Flagstar ICS xxxx | Flagstar xxxx | $17,439.62 |
| 1/13/2025 | Flagstar ICS xxxx | Flagstar xxxx | $19,544.40 |
| 1/10/2025 | Flagstar ICS xxxx | Flagstar xxxx | $6,803.87 |
| 1/9/2025 | Flagstar ICS xxxx | Flagstar xxxx | $6,805.37 |
| 1/8/2025 | Flagstar ICS xxxx | Flagstar xxxx | $9,036.99 |
| 1/7/2025 | Flagstar ICS xxxx | Flagstar xxxx | $35,422.81 |
| 1/6/2025 | Flagstar ICS xxxx | Flagstar xxxx | $82,346.87 |
| 1/3/2025 | Flagstar ICS xxxx | Flagstar xxxx | $30,256.89 |
| 1/2/2025 | Flagstar ICS xxxx | Flagstar xxxx | $11,592.54 |
| 12/31/2024 | Flagstar ICS xxxx | Flagstar xxxx | $4,162.12 |

**ADDENDUM TO SOFA**

| Date | Payee | | Amount |
|------|-------|---|--------|
| 12/30/2024 | Flagstar ICS xxxx | Flagstar xxxx | $37,122.50 |
| 12/27/2024 | Flagstar ICS xxxx | Flagstar xxxx | |
| 12/26/2024 | Flagstar ICS xxxx | Flagstar xxxx | $19,624.83 |
| 12/24/2024 | Flagstar ICS xxxx | Flagstar xxxx | $27,079.42 |
| 12/23/2024 | Flagstar ICS xxxx | Flagstar xxxx | $78,441.70 |
| 12/20/2024 | Flagstar ICS xxxx | Flagstar xxxx | $2,663.23 |
| 12/19/2024 | Flagstar ICS xxxx | Flagstar xxxx | $4,419.78 |
| 12/18/2024 | Flagstar ICS xxxx | Flagstar xxxx | $18,870.85 |
| 12/17/2024 | Flagstar ICS xxxx | Flagstar xxxx | $19,107.88 |
| 12/16/2024 | Flagstar ICS xxxx | Flagstar xxxx | $25,219.21 |
| 12/13/2024 | Flagstar ICS xxxx | Flagstar xxxx | $10,598.40 |
| 12/12/2024 | Flagstar ICS xxxx | Flagstar xxxx | $2,274.20 |
| 12/11/2024 | Flagstar ICS xxxx | Flagstar xxxx | $5,432.64 |
| 12/10/2024 | Flagstar ICS xxxx | Flagstar xxxx | $20,754.68 |
| 12/9/2024 | Flagstar ICS xxxx | Flagstar xxxx | $73,594.60 |
| 12/6/2024 | Flagstar ICS xxxx | Flagstar xxxx | $5,639.13 |
| 12/5/2024 | Flagstar ICS xxxx | Flagstar xxxx | $8,568.03 |
| 12/4/2024 | Flagstar ICS xxxx | Flagstar xxxx | $2,095.23 |
| 12/3/2024 | Flagstar ICS xxxx | Flagstar xxxx | $14,289.11 |
| 12/2/2024 | Flagstar ICS xxxx | Flagstar xxxx | $39,876.91 |
| 11/29/2024 | Flagstar ICS xxxx | Flagstar xxxx | $11,933.82 |
| 11/27/2024 | Flagstar ICS xxxx | Flagstar xxxx | $8,585.84 |
| 11/26/2024 | Flagstar ICS xxxx | Flagstar xxxx | $19,243.30 |
| 11/25/2024 | Flagstar ICS xxxx | Flagstar xxxx | $39,295.70 |
| 11/22/2024 | Flagstar ICS xxxx | Flagstar xxxx | $8,306.46 |
| 11/21/2024 | Flagstar ICS xxxx | Flagstar xxxx | $5,601.46 |
| 11/20/2024 | Flagstar ICS xxxx | Flagstar xxxx | $9,151.48 |
| 11/19/2024 | Flagstar ICS xxxx | Flagstar xxxx | $13,255.72 |
| 11/18/2024 | Flagstar ICS xxxx | Flagstar xxxx | $20,027.41 |
| 11/15/2024 | Flagstar ICS xxxx | Flagstar xxxx | $4,992.13 |
| 11/14/2024 | Flagstar ICS xxxx | Flagstar xxxx | $10,052.74 |
| 11/13/2024 | Flagstar ICS xxxx | Flagstar xxxx | $46,582.76 |
| 11/12/2024 | Flagstar ICS xxxx | Flagstar xxxx | $50,802.88 |
| 11/8/2024 | Flagstar ICS xxxx | Flagstar xxxx | $44,966.39 |
| 11/7/2024 | Flagstar ICS xxxx | Flagstar xxxx | $12,007.82 |
| 11/6/2024 | Flagstar ICS xxxx | Flagstar xxxx | $8,725.87 |
| 11/5/2024 | Flagstar ICS xxxx | Flagstar xxxx | $28,239.21 |
| 11/4/2024 | Flagstar ICS xxxx | Flagstar xxxx | $26,146.23 |
| 11/1/2024 | Flagstar ICS xxxx | Flagstar xxxx | $2,559.07 |
| 10/31/2024 | Flagstar ICS xxxx | Flagstar xxxx | $9,580.96 |
| 10/30/2024 | Flagstar ICS xxxx | Flagstar xxxx | $13,059.63 |
| 10/29/2024 | Flagstar ICS xxxx | Flagstar xxxx | $16,158.62 |
| 10/28/2024 | Flagstar ICS xxxx | Flagstar xxxx | $46,619.86 |
| 10/25/2024 | Flagstar ICS xxxx | Flagstar xxxx | $10,849.25 |
| 10/24/2024 | Flagstar ICS xxxx | Flagstar xxxx | $10,146.55 |
| 10/23/2024 | Flagstar ICS xxxx | Flagstar xxxx | $6,151.06 |
| 10/22/2024 | Flagstar ICS xxxx | Flagstar xxxx | $4,620.92 |
| 10/21/2024 | Flagstar ICS xxxx | Flagstar xxxx | $19,300.95 |
| 10/18/2024 | Flagstar ICS xxxx | Flagstar xxxx | $8,177.52 |
| 10/17/2024 | Flagstar ICS xxxx | Flagstar xxxx | $6,188.75 |
| 10/16/2024 | Flagstar ICS xxxx | Flagstar xxxx | $15,165.14 |
| 10/15/2024 | Flagstar ICS xxxx | Flagstar xxxx | $62,319.40 |
| 10/11/2024 | Flagstar ICS xxxx | Flagstar xxxx | $9,308.07 |
| 10/10/2024 | Flagstar ICS xxxx | Flagstar xxxx | $9,130.65 |
| 10/9/2024 | Flagstar ICS xxxx | Flagstar xxxx | $10,715.34 |
| 10/8/2024 | Flagstar ICS xxxx | Flagstar xxxx | $22,834.73 |

**ADDENDUM TO SOFA**

| Date | | | Amount |
|---|---|---|---|
| 10/7/2024 | Flagstar ICS xxxx | Flagstar xxxx | $18,888.69 |
| 10/7/2024 | Flagstar Operating xxxx | Flagstar xxxx | $5,000.00 |
| 10/7/2024 | Flagstar Operating xxxx | Flagstar xxxx | $5,000.00 |
| 10/4/2024 | Flagstar ICS xxxx | Flagstar xxxx | $7,321.87 |
| 10/3/2024 | Flagstar ICS xxxx | Flagstar xxxx | $10,206.26 |
| 10/2/2024 | Flagstar ICS xxxx | Flagstar xxxx | $18,057.30 |
| 10/1/2024 | Flagstar ICS xxxx | Flagstar xxxx | $16,006.49 |
| 9/30/2024 | Flagstar ICS xxxx | Flagstar xxxx | $61,368.52 |
| 9/27/2024 | Flagstar ICS xxxx | Flagstar xxxx | $4,197.66 |
| 9/26/2024 | Flagstar ICS xxxx | Flagstar xxxx | $3,715.65 |
| 9/25/2024 | Flagstar ICS xxxx | Flagstar xxxx | $18,055.18 |
| 9/24/2024 | Flagstar ICS xxxx | Flagstar xxxx | $11,192.85 |
| 9/23/2024 | Flagstar ICS xxxx | Flagstar xxxx | $22,155.21 |
| 9/20/2024 | Flagstar ICS xxxx | Flagstar xxxx | $3,030.28 |
| 9/19/2024 | Flagstar ICS xxxx | Flagstar xxxx | $11,772.06 |
| 9/18/2024 | Flagstar ICS xxxx | Flagstar xxxx | $12,792.66 |
| 9/17/2024 | Flagstar ICS xxxx | Flagstar xxxx | $12,751.03 |
| 9/16/2024 | Flagstar ICS xxxx | Flagstar xxxx | $61,108.38 |
| 9/13/2024 | Flagstar ICS xxxx | Flagstar xxxx | $5,140.78 |
| 9/12/2024 | Flagstar ICS xxxx | Flagstar xxxx | $5,470.27 |
| 9/11/2024 | Flagstar ICS xxxx | Flagstar xxxx | $2,692.88 |
| 9/10/2024 | Flagstar ICS xxxx | Flagstar xxxx | $6,249.91 |
| 9/9/2024 | Flagstar ICS xxxx | Flagstar xxxx | $18,969.98 |
| 9/6/2024 | Flagstar ICS xxxx | Flagstar xxxx | $13,257.93 |
| 9/5/2024 | Flagstar ICS xxxx | Flagstar xxxx | $14,556.06 |
| 9/4/2024 | Flagstar ICS xxxx | Flagstar xxxx | $23,487.64 |
| 9/3/2024 | Flagstar ICS xxxx | Flagstar xxxx | $59,181.00 |
| 8/30/2024 | Flagstar ICS xxxx | Flagstar xxxx | $8,196.21 |
| 8/29/2024 | Flagstar ICS xxxx | Flagstar xxxx | $24,160.52 |
| 8/28/2024 | Flagstar ICS xxxx | Flagstar xxxx | $10,410.48 |
| 8/27/2024 | Flagstar ICS xxxx | Flagstar xxxx | $30,678.31 |
| 8/26/2024 | Flagstar ICS xxxx | Flagstar xxxx | $20,570.34 |
| 8/23/2024 | Flagstar ICS xxxx | Flagstar xxxx | $8,380.32 |
| 8/22/2024 | Flagstar ICS xxxx | Flagstar xxxx | $4,815.76 |
| 8/21/2024 | Flagstar ICS xxxx | Flagstar xxxx | $10,249.10 |
| 8/20/2024 | Flagstar ICS xxxx | Flagstar xxxx | $18,439.12 |
| 8/19/2024 | Flagstar ICS xxxx | Flagstar xxxx | $62,993.52 |
| 8/16/2024 | Flagstar ICS xxxx | Flagstar xxxx | $7,874.27 |
| 8/15/2024 | Flagstar ICS xxxx | Flagstar xxxx | $8,066.60 |
| 8/14/2024 | Flagstar ICS xxxx | Flagstar xxxx | $14,954.97 |
| 8/13/2024 | Flagstar ICS xxxx | Flagstar xxxx | $3,349.78 |
| 8/12/2024 | Flagstar ICS xxxx | Flagstar xxxx | $33,297.25 |
| 8/9/2024 | Flagstar ICS xxxx | Flagstar xxxx | $9,874.04 |
| 8/8/2024 | Flagstar ICS xxxx | Flagstar xxxx | $2,850.76 |
| 8/7/2024 | Flagstar ICS xxxx | Flagstar xxxx | $6,172.78 |
| 8/6/2024 | Flagstar ICS xxxx | Flagstar xxxx | $16,650.77 |
| 8/5/2024 | Flagstar ICS xxxx | Flagstar xxxx | $57,833.63 |
| 8/2/2024 | Flagstar Operating xxxx | Flagstar xxxx | $9,000.00 |
| 8/1/2024 | Flagstar ICS xxxx | Flagstar xxxx | $12,759.11 |
| 7/31/2024 | Flagstar ICS xxxx | Flagstar xxxx | $6,239.13 |
| 7/30/2024 | Flagstar ICS xxxx | Flagstar xxxx | $18,937.01 |
| 7/29/2024 | Flagstar ICS xxxx | Flagstar xxxx | $22,859.51 |
| 7/29/2024 | Flagstar Operating xxxx | Flagstar xxxx | $2,000.00 |
| 7/26/2024 | Flagstar ICS xxxx | Flagstar xxxx | $9,278.54 |
| 7/25/2024 | Flagstar ICS xxxx | Flagstar xxxx | $7,800.12 |
| 7/24/2024 | Flagstar ICS xxxx | Flagstar xxxx | $3,380.72 |

**ADDENDUM TO SOFA**

| Date | Payee | | Amount |
|---|---|---|---|
| 7/23/2024 | Flagstar ICS xxxx | Flagstar xxxx | $20,297.66 |
| 7/22/2024 | Flagstar ICS xxxx | Flagstar xxxx | |
| 7/19/2024 | Flagstar ICS xxxx | Flagstar xxxx | $6,724.39 |
| 7/18/2024 | Flagstar ICS xxxx | Flagstar xxxx | $1,364.54 |
| 7/17/2024 | Flagstar ICS xxxx | Flagstar xxxx | $11,387.46 |
| 7/16/2024 | Flagstar ICS xxxx | Flagstar xxxx | $12,982.22 |
| 7/15/2024 | Flagstar ICS xxxx | Flagstar xxxx | $11,094.72 |
| 7/12/2024 | Flagstar ICS xxxx | Flagstar xxxx | $11,813.72 |
| 7/11/2024 | Flagstar ICS xxxx | Flagstar xxxx | $7,459.09 |
| 7/10/2024 | Flagstar ICS xxxx | Flagstar xxxx | $7,375.04 |
| 7/9/2024 | Flagstar ICS xxxx | Flagstar xxxx | $27,594.01 |
| 7/8/2024 | Flagstar ICS xxxx | Flagstar xxxx | $69,662.28 |
| 7/5/2024 | Flagstar ICS xxxx | Flagstar xxxx | $3,300.58 |
| 7/3/2024 | Flagstar ICS xxxx | Flagstar xxxx | $7,613.85 |
| 7/2/2024 | Flagstar ICS xxxx | Flagstar xxxx | $29,618.75 |
| 7/1/2024 | Flagstar ICS xxxx | Flagstar xxxx | $9,346.25 |
| 7/1/2024 | Flagstar Operating xxxx | Flagstar xxxx | $5,000.00 |
| 6/28/2024 | Flagstar ICS xxxx | Flagstar xxxx | $3,659.08 |
| 6/27/2024 | Flagstar ICS xxxx | Flagstar xxxx | $11,209.50 |
| 6/26/2024 | Flagstar ICS xxxx | Flagstar xxxx | $15,287.38 |
| 6/25/2024 | Flagstar ICS xxxx | Flagstar xxxx | $55,294.75 |
| 6/24/2024 | Flagstar ICS xxxx | Flagstar xxxx | $69,034.92 |
| 6/21/2024 | Flagstar ICS xxxx | Flagstar xxxx | $9,914.12 |
| 6/20/2024 | Flagstar ICS xxxx | Flagstar xxxx | $9,783.99 |
| 6/18/2024 | Flagstar ICS xxxx | Flagstar xxxx | $35,298.39 |
| 6/17/2024 | Flagstar ICS xxxx | Flagstar xxxx | $10,522.92 |
| 6/14/2024 | Flagstar ICS xxxx | Flagstar xxxx | $18,495.70 |
| 6/13/2024 | Flagstar ICS xxxx | Flagstar xxxx | $500.00 |
| 6/13/2024 | Flagstar ICS xxxx | Flagstar xxxx | $17,495.94 |
| 6/12/2024 | Flagstar ICS xxxx | Flagstar xxxx | $11,163.99 |
| 6/11/2024 | Flagstar ICS xxxx | Flagstar xxxx | $23,972.47 |
| 6/10/2024 | Flagstar ICS xxxx | Flagstar xxxx | $68,470.54 |
| 6/7/2024 | Flagstar ICS xxxx | Flagstar xxxx | $14,324.52 |
| 6/6/2024 | Flagstar ICS xxxx | Flagstar xxxx | $9,964.48 |
| 6/5/2024 | Flagstar ICS xxxx | Flagstar xxxx | $8,631.53 |
| 6/4/2024 | Flagstar ICS xxxx | Flagstar xxxx | $11,594.79 |
| 6/3/2024 | Flagstar ICS xxxx | Flagstar xxxx | $38,711.02 |
| 5/31/2024 | Flagstar ICS xxxx | Flagstar xxxx | $11,810.54 |
| 5/30/2024 | Flagstar ICS xxxx | Flagstar xxxx | $10,838.41 |
| 5/29/2024 | Flagstar ICS xxxx | Flagstar xxxx | $23,570.34 |
| 5/28/2024 | Flagstar ICS xxxx | Flagstar xxxx | $93,625.75 |
| 5/28/2024 | Flagstar Operating xxxx | Flagstar xxxx | $5,000.00 |
| 5/24/2024 | Flagstar ICS xxxx | Flagstar xxxx | $1,043.17 |
| 5/23/2024 | Flagstar ICS xxxx | Flagstar xxxx | $4,437.22 |
| 5/22/2024 | Flagstar ICS xxxx | Flagstar xxxx | $6,121.66 |
| 5/21/2024 | Flagstar ICS xxxx | Flagstar xxxx | $11,330.88 |
| 5/20/2024 | Flagstar ICS xxxx | Flagstar xxxx | $11,496.90 |
| 5/17/2024 | Flagstar ICS xxxx | Flagstar xxxx | $21,872.59 |
| 5/17/2024 | Flagstar Operating xxxx | Flagstar xxxx | $5,000.00 |
| 5/16/2024 | Flagstar ICS xxxx | Flagstar xxxx | $8,655.56 |
| 5/15/2024 | Flagstar ICS xxxx | Flagstar xxxx | $15,892.90 |
| 5/14/2024 | Flagstar ICS xxxx | Flagstar xxxx | $27,060.87 |
| 5/13/2024 | Flagstar ICS xxxx | Flagstar xxxx | $74,156.43 |
| 5/10/2024 | Flagstar ICS xxxx | Flagstar xxxx | $7,186.08 |
| 5/10/2024 | Flagstar Operating xxxx | Flagstar xxxx | $3,000.00 |
| 5/9/2024 | Flagstar ICS xxxx | Flagstar xxxx | $15,630.00 |

**ADDENDUM TO SOFA**

| Date | Description | Account | Amount |
|---|---|---|---|
| 5/8/2024 | Flagstar ICS xxxx | Flagstar xxxx | $15,568.53 |
| 5/7/2024 | Flagstar ICS xxxx | Flagstar xxxx | $6,617.02 |
| 5/6/2024 | Flagstar ICS xxxx | Flagstar xxxx | $14,352.74 |
| 5/6/2024 | Flagstar Operating xxxx | Flagstar xxxx | $2,000.00 |
| 5/3/2024 | Flagstar ICS xxxx | Flagstar xxxx | $3,895.75 |
| 5/2/2024 | Flagstar ICS xxxx | Flagstar xxxx | $5,000.00 |
| 5/2/2024 | Flagstar ICS xxxx | Flagstar xxxx | $13,197.93 |
| 5/1/2024 | Flagstar ICS xxxx | Flagstar xxxx | $18,861.55 |
| 4/30/2024 | Flagstar ICS xxxx | Flagstar xxxx | $55,692.02 |
| 4/29/2024 | Flagstar ICS xxxx | Flagstar xxxx | $5,000.00 |
| 4/29/2024 | Flagstar ICS xxxx | Flagstar xxxx | $67,134.65 |
| 4/26/2024 | Flagstar ICS xxxx | Flagstar xxxx | $10,698.10 |
| 4/26/2024 | Flagstar Operating xxxx | Flagstar xxxx | $3,000.00 |
| 4/25/2024 | Flagstar ICS xxxx | Flagstar xxxx | $7,840.26 |
| 4/24/2024 | Flagstar ICS xxxx | Flagstar xxxx | $9,104.15 |
| 4/23/2024 | Flagstar ICS xxxx | Flagstar xxxx | $7,489.17 |
| 4/23/2024 | Flagstar Operating xxxx | Flagstar xxxx | $5,000.00 |
| 4/22/2024 | Flagstar ICS xxxx | Flagstar xxxx | $2,000.00 |
| 4/22/2024 | Flagstar ICS xxxx | Flagstar xxxx | $9,529.07 |
| 4/19/2024 | Flagstar ICS xxxx | Flagstar xxxx | $10,286.23 |
| 4/18/2024 | Flagstar ICS xxxx | Flagstar xxxx | $17,882.74 |
| 4/17/2024 | Flagstar ICS xxxx | Flagstar xxxx | $3,009.00 |
| 4/17/2024 | Flagstar ICS xxxx | Flagstar xxxx | $16,182.79 |
| 4/16/2024 | Flagstar ICS xxxx | Flagstar xxxx | $24,873.22 |
| 4/15/2024 | Flagstar ICS xxxx | Flagstar xxxx | $5,000.00 |
| 4/15/2024 | Flagstar ICS xxxx | Flagstar xxxx | $5,000.00 |
| 4/15/2024 | Flagstar ICS xxxx | Flagstar xxxx | $58,262.68 |
| 4/12/2024 | Flagstar ICS xxxx | Flagstar xxxx | $12,046.09 |
| 4/11/2024 | Flagstar ICS xxxx | Flagstar xxxx | $8,411.72 |
| 4/10/2024 | Flagstar ICS xxxx | Flagstar xxxx | $6,821.22 |
| 4/9/2024 | Flagstar ICS xxxx | Flagstar xxxx | $9,120.80 |
| 4/8/2024 | Flagstar ICS xxxx | Flagstar xxxx | $10,839.20 |
| 4/5/2024 | Flagstar ICS xxxx | Flagstar xxxx | $18,965.08 |
| 4/5/2024 | Flagstar Operating xxxx | Flagstar xxxx | $500.00 |
| 4/4/2024 | Flagstar ICS xxxx | Flagstar xxxx | $6,804.64 |
| 4/4/2024 | Flagstar Operating xxxx | Flagstar xxxx | $1,000.00 |
| 4/3/2024 | Flagstar ICS xxxx | Flagstar xxxx | $35,270.47 |
| 4/2/2024 | Flagstar ICS xxxx | Flagstar xxxx | $6,310.69 |
| 4/2/2024 | Flagstar Operating xxxx | Flagstar xxxx | $2,000.00 |
| 4/2/2024 | Flagstar Operating xxxx | Flagstar xxxx | $10,000.00 |
| 4/1/2024 | Flagstar ICS xxxx | Flagstar xxxx | $68,838.08 |
| 4/1/2024 | Flagstar Operating xxxx | Flagstar xxxx | $1,000.00 |
| 3/29/2024 | Flagstar ICS xxxx | Flagstar xxxx | $6,159.71 |
| 3/28/2024 | Flagstar ICS xxxx | Flagstar xxxx | $8,013.49 |
| 3/27/2024 | Flagstar ICS xxxx | Flagstar xxxx | $4,477.22 |
| 3/26/2024 | Flagstar ICS xxxx | Flagstar xxxx | $37,409.32 |
| 3/25/2024 | Flagstar ICS xxxx | Flagstar xxxx | $7,218.72 |
| 3/25/2024 | BOFA xxxx | BOFA xxxx | $6,700.00 |
| 3/22/2024 | Flagstar ICS xxxx | Flagstar xxxx | $6,901.21 |
| 3/21/2024 | Flagstar ICS xxxx | Flagstar xxxx | $15,405.65 |
| 3/19/2024 | Flagstar Operating xxxx | Flagstar xxxx | $5,000.00 |
| 3/15/2024 | Flagstar Operating xxxx | Flagstar xxxx | $53,000.00 |
| 2/6/2024 | BOFA xxxx | BOFA xxxx | $10,000.00 |
| 10/27/2023 | BOFA xxxx | BOFA xxxx | $25,000.00 |
| 10/24/2023 | BOFA xxxx | BOFA xxxx | $20,000.00 |
| 10/6/2023 | BOFA xxxx | BOFA xxxx | $5,000.00 |

**ADDENDUM TO SOFA**

| | | |
|---|---|---|
| 9/29/2023 | BOFA xxxx | BOFA xxxx | $12,000.00 |
| 9/14/2023 | BOFA xxxx | BOFA xxxx | $14,000.00 |
| **Total** | | | **$5,814,862.36** |

**ADDENDUM TO SOFA**

| Date | Description | Amount | Actions |
|------|-------------|--------|---------|
| 22-Mar-24 | Deposit | $12,915.65 | Benny |
| 25-Mar-24 | Deposit | $18,452.15 | Benny |
| 25-Mar-24 | Deposit | $18,612.07 | Benny |
| 25-Mar-24 | Deposit | $17,945.00 | Benny |
| 26-Mar-24 | Deposit | $13,311.85 | Benny |
| 27-Mar-24 | Deposit | $7,025.05 | Benny |
| 28-Mar-24 | Deposit | $12,354.10 | Benny |
| 29-Mar-24 | Deposit | $15,985.44 | Benny |
| 1-Apr-24 | Deposit | $12,132.38 | Benny |
| 1-Apr-24 | Deposit | $20,707.42 | Benny |
| 1-Apr-24 | Deposit | $13,386.39 | Benny |
| 2-Apr-24 | Deposit | $10,204.33 | Benny |
| 3-Apr-24 | Deposit | $8,774.88 | Benny |
| 4-Apr-24 | Deposit | $8,085.13 | Benny |
| 5-Apr-24 | Deposit | $17,911.58 | Benny |
| 8-Apr-24 | Deposit | $17,066.51 | Benny |
| 8-Apr-24 | Deposit | $11,373.66 | Benny |
| 8-Apr-24 | Deposit | $16,728.93 | Benny |
| 9-Apr-24 | Deposit | $7,136.59 | Benny |
| 10-Apr-24 | Deposit | $6,556.05 | Benny |
| 11-Apr-24 | Deposit | $10,602.16 | Benny |
| 12-Apr-24 | Deposit | $11,229.82 | Benny |
| 15-Apr-24 | Deposit | $18,446.50 | Benny |
| 15-Apr-24 | Deposit | $14,756.39 | Benny |
| 15-Apr-24 | Deposit | $17,684.72 | Benny |
| 16-Apr-24 | Deposit | $9,118.68 | Benny |
| 17-Apr-24 | Deposit | $12,028.69 | Benny |
| 18-Apr-24 | Deposit | $20,119.23 | Benny |
| 19-Apr-24 | Deposit | $20,890.56 | Benny |
| 22-Apr-24 | Deposit | $18,912.55 | Benny |
| 22-Apr-24 | Deposit | $14,353.71 | Benny |
| 22-Apr-24 | Deposit | $20,677.79 | Benny |
| 23-Apr-24 | Deposit | $10,784.90 | Benny |
| 24-Apr-24 | Deposit | $8,598.92 | Benny |
| 25-Apr-24 | Deposit | $14,887.44 | Benny |
| 26-Apr-24 | Deposit | $15,218.34 | Benny |
| 29-Apr-24 | Deposit | $10,035.21 | Benny |
| 29-Apr-24 | Deposit | $17,661.97 | Benny |
| 29-Apr-24 | Deposit | $17,712.34 | Benny |
| 30-Apr-24 | Deposit | $7,958.57 | Benny |
| 1-May-24 | Deposit | $13,218.23 | Benny |
| 2-May-24 | Deposit | $9,902.20 | Benny |
| 3-May-24 | Deposit | $11,787.87 | Benny |
| 6-May-24 | Deposit | $20,060.26 | Benny |
| 6-May-24 | Deposit | $12,599.88 | Benny |

**ADDENDUM TO SOFA**

| Date | | Amount | |
|---|---|---|---|
| 6-May-24 | Deposit | $20,753.59 | Benny |
| 7-May-24 | Deposit | $9,385.85 | Benny |
| 8-May-24 | Deposit | $7,807.63 | Benny |
| 9-May-24 | Deposit | $13,275.85 | Benny |
| 10-May-24 | Deposit | $13,266.17 | Benny |
| 13-May-24 | Deposit | $24,328.55 | Benny |
| 13-May-24 | Deposit | $9,635.38 | Benny |
| 13-May-24 | Deposit | $18,572.10 | Benny |
| 14-May-24 | Deposit | $24,393.20 | Benny |
| 15-May-24 | Deposit | $6,663.11 | Benny |
| 16-May-24 | Deposit | $11,976.03 | Benny |
| 17-May-24 | Deposit | $12,347.02 | Benny |
| 20-May-24 | Deposit | $18,079.78 | Benny |
| 20-May-24 | Deposit | $18,480.84 | Benny |
| 20-May-24 | Deposit | $25,155.55 | Benny |
| 21-May-24 | Deposit | $14,017.55 | Benny |
| 22-May-24 | Deposit | $6,291.90 | Benny |
| 23-May-24 | Deposit | $13,285.31 | Benny |
| 24-May-24 | Deposit | $14,293.23 | Benny |
| 28-May-24 | Deposit | $22,069.46 | Benny |
| 28-May-24 | Deposit | $21,434.36 | Benny |
| 28-May-24 | Deposit | $14,906.38 | Benny |
| 28-May-24 | Deposit | $13,847.18 | Benny |
| 29-May-24 | Deposit | $7,376.31 | Benny |
| 30-May-24 | Deposit | $19,508.46 | Benny |
| 31-May-24 | Deposit | $11,297.15 | Benny |
| 3-Jun-24 | Deposit | $12,299.92 | Benny |
| 3-Jun-24 | Deposit | $18,852.76 | Benny |
| 3-Jun-24 | Deposit | $20,509.86 | Benny |
| 4-Jun-24 | Deposit | $9,209.53 | Benny |
| 5-Jun-24 | Deposit | $13,276.31 | Benny |
| 6-Jun-24 | Deposit | $11,374.38 | Benny |
| 7-Jun-24 | Deposit | $21,212.55 | Benny |
| 10-Jun-24 | Deposit | $14,565.56 | Benny |
| 10-Jun-24 | Deposit | $16,912.27 | Benny |
| 10-Jun-24 | Deposit | $18,694.48 | Benny |
| 11-Jun-24 | Deposit | $11,485.46 | Benny |
| 12-Jun-24 | Deposit | $10,462.62 | benny |
| 13-Jun-24 | Deposit | $11,483.02 | Benny |
| 14-Jun-24 | Deposit | $12,407.13 | Benny |
| 17-Jun-24 | Deposit | $21,410.42 | Benny |
| 17-Jun-24 | Deposit | $23,125.66 | Benny |
| 17-Jun-24 | Deposit | $15,009.56 | Benny |
| 18-Jun-24 | Deposit | $22,336.70 | benny |
| 20-Jun-24 | Deposit | $11,295.23 | Benny |
| 20-Jun-24 | Deposit | $10,879.80 | Benny |
| 21-Jun-24 | Deposit | $6,389.73 | Benny |

**ADDENDUM TO SOFA**

| Date | Type | Amount | Name | Note |
|---|---|---|---|---|
| 24-Jun-24 | Deposit | $11,960.03 | Benny | |
| 24-Jun-24 | Deposit | $21,961.74 | Benny | |
| 24-Jun-24 | Deposit | $20,080.68 | Benny | |
| 25-Jun-24 | Deposit | $8,321.10 | Benny | |
| 26-Jun-24 | Deposit | $11,454.45 | Benny | |
| 27-Jun-24 | Deposit | $11,303.03 | Benny | |
| 28-Jun-24 | Deposit | $16,679.46 | Benny | |
| 1-Jul-24 | Deposit | $22,318.52 | Benny | |
| 1-Jul-24 | Deposit | $14,135.26 | Benny | |
| 1-Jul-24 | Deposit | $13,000.93 | Benny | |
| 2-Jul-24 | Deposit | $6,871.05 | Benny | |
| 3-Jul-24 | Deposit | $4,792.93 | Benny | Merchant Fee 14239.91 |
| 5-Jul-24 | Deposit | $7,255.27 | Benny | |
| 5-Jul-24 | Deposit | $11,477.67 | Benny | |
| 8-Jul-24 | Deposit | $8,834.21 | Benny | |
| 8-Jul-24 | Deposit | $15,283.41 | Benny | |
| 9-Jul-24 | Deposit | $7,524.24 | Benny | |
| 10-Jul-24 | Deposit | $6,700.51 | Benny | |
| 11-Jul-24 | Deposit | $10,959.39 | Benny | |
| 12-Jul-24 | Deposit | $10,520.78 | Benny | |
| 15-Jul-24 | Deposit | $19,730.68 | Benny | |
| 15-Jul-24 | Deposit | $11,464.39 | Benny | |
| 15-Jul-24 | Deposit | $12,476.63 | Benny | |
| 16-Jul-24 | Deposit | $8,948.74 | Benny | |
| 17-Jul-24 | Deposit | $11,199.02 | Benny | |
| 18-Jul-24 | Deposit | $15,221.98 | Benny | |
| 19-Jul-24 | Deposit | $17,988.18 | Benny | |
| 22-Jul-24 | Deposit | $22,404.74 | Benny | |
| 22-Jul-24 | Deposit | $11,539.74 | Benny | |
| 22-Jul-24 | Deposit | $17,491.91 | Benny | |
| 23-Jul-24 | Deposit | $8,963.22 | Benny | |
| 24-Jul-24 | Deposit | $5,423.15 | Benny | |
| 25-Jul-24 | Deposit | $12,470.37 | Benny | |
| 26-Jul-24 | Deposit | $7,918.88 | Benny | |
| 29-Jul-24 | Deposit | $17,680.97 | Benny | |
| 29-Jul-24 | Deposit | $15,800.30 | Benny | |
| 29-Jul-24 | Deposit | $15,430.71 | Benny | |
| 30-Jul-24 | Deposit | $6,760.92 | Benny | |
| 31-Jul-24 | Deposit | $3,940.67 | benny | |
| 1-Aug-24 | Deposit | $8,453.99 | Benny | |
| 2-Aug-24 | Deposit | $12,635.42 | Benny | |
| 5-Aug-24 | Deposit | $13,788.49 | Benny | |
| 5-Aug-24 | Deposit | $9,193.67 | Benny | |
| 5-Aug-24 | Deposit | $0.35 | Benny | |
| 5-Aug-24 | Deposit | $15,757.43 | Benny | |
| 6-Aug-24 | Deposit | $7,110.02 | Benny | |
| 7-Aug-24 | Deposit | $6,307.85 | Benny | |

**ADDENDUM TO SOFA**

| Date | Type | Amount | Name |
|---|---|---|---|
| 8-Aug-24 | Deposit | $6,981.36 | Benny |
| 9-Aug-24 | Deposit | $4,501.13 | Benny |
| 12-Aug-24 | Deposit | $11,337.08 | Benny |
| 12-Aug-24 | Deposit | $17,772.32 | Benny |
| 12-Aug-24 | Deposit | $17,643.22 | Benny |
| 13-Aug-24 | Deposit | $8,754.61 | Benny |
| 14-Aug-24 | Deposit | $8,035.89 | Benny |
| 15-Aug-24 | Deposit | $9,579.87 | Benny |
| 16-Aug-24 | Deposit | $15,650.64 | Benny |
| 19-Aug-24 | Deposit | $13,326.66 | Benny |
| 19-Aug-24 | Deposit | $18,694.49 | Benny |
| 19-Aug-24 | Deposit | $14,924.35 | Benny |
| 20-Aug-24 | Deposit | $9,729.66 | Benny |
| 21-Aug-24 | Deposit | $4,355.67 | Benny |
| 22-Aug-24 | Deposit | $13,053.77 | Benny |
| 23-Aug-24 | Deposit | $15,996.37 | Benny |
| 26-Aug-24 | Deposit | $15,255.87 | Benny |
| 26-Aug-24 | Deposit | $23,658.15 | Benny |
| 26-Aug-24 | Deposit | $12,289.34 | Benny |
| 27-Aug-24 | Deposit | $8,852.10 | Benny |
| 28-Aug-24 | Deposit | $6,604.65 | Benny |
| 29-Aug-24 | Deposit | $8,167.31 | Benny |
| 30-Aug-24 | Deposit | $12,349.49 | Benny |
| 3-Sep-24 | Deposit | $10,946.46 | Benny |
| 3-Sep-24 | Deposit | $10,199.05 | Benny |
| 3-Sep-24 | Deposit | $18,844.87 | Benny |
| 3-Sep-24 | Deposit | $13,320.71 | Benny |
| 5-Sep-24 | Deposit | $6,972.11 | Benny |
| 6-Sep-24 | Deposit | $11,977.03 | Benny |
| 9-Sep-24 | Deposit | $9,561.34 | Benny |
| 9-Sep-24 | Deposit | $17,412.32 | Benny |
| 9-Sep-24 | Deposit | $11,818.43 | Benny |
| 10-Sep-24 | Deposit | $7,689.68 | Benny |
| 11-Sep-24 | Deposit | $14,404.94 | Benny |
| 12-Sep-24 | Deposit | $21,056.31 | Benny |
| 13-Sep-24 | Deposit | $9,675.79 | Benny |
| 16-Sep-24 | Deposit | $17,117.92 | Benny |
| 16-Sep-24 | Deposit | $10,766.15 | Benny |
| 16-Sep-24 | Deposit | $18,640.71 | Benny |
| 17-Sep-24 | Deposit | $10,295.03 | Benny |
| 18-Sep-24 | Deposit | $6,662.72 | Benny |
| 19-Sep-24 | Deposit | $13,231.65 | Benny |
| 20-Sep-24 | Deposit | $12,768.65 | Benny |
| 23-Sep-24 | Deposit | $17,891.31 | Benny |
| 23-Sep-24 | Deposit | $16,183.88 | Benny |
| 23-Sep-24 | Deposit | $17,502.17 | Benny |
| 24-Sep-24 | Deposit | $8,601.80 | Benny |

**ADDENDUM TO SOFA**

| 25-Sep-24 | Deposit | $4,518.46 | Benny |
|-----------|---------|-----------|-------|
| 26-Sep-24 | Deposit | $10,857.57 | Benny |
| 27-Sep-24 | Deposit | $12,794.36 | Benny |
| 30-Sep-24 | Deposit | $12,663.67 | Benny |
| 30-Sep-24 | Deposit | $11,774.34 | Benny |
| 30-Sep-24 | Deposit | $16,390.33 | Benny |
| 1-Oct-24 | Deposit | $5,273.80 | Benny |
| 2-Oct-24 | Deposit | $3,904.80 | Benny |
| 3-Oct-24 | Deposit | $3,883.49 | Benny |
| 4-Oct-24 | Deposit | $11,093.80 | Benny |
| 7-Oct-24 | Deposit | $0.51 | Benny |
| 7-Oct-24 | Deposit | $1.21 | Benny |
| 7-Oct-24 | Deposit | $5,988.19 | Benny |
| 7-Oct-24 | Deposit | $16,287.37 | Benny |
| 7-Oct-24 | Deposit | $17,428.05 | Benny |
| 8-Oct-24 | Deposit | $6,822.46 | Benny |
| 9-Oct-24 | Deposit | $3,102.16 | Benny |
| 10-Oct-24 | Deposit | $16,679.49 | Benny |
| 11-Oct-24 | Deposit | $9,758.11 | Benny |
| 15-Oct-24 | Deposit | $6,390.17 | Benny |
| 15-Oct-24 | Deposit | $13,451.44 | Benny |
| 15-Oct-24 | Deposit | $17,517.21 | Benny |
| 15-Oct-24 | Deposit | $11,187.26 | Benny |
| 17-Oct-24 | Deposit | $9,449.64 | Benny |
| 18-Oct-24 | Deposit | $11,520.17 | Benny |
| 21-Oct-24 | Deposit | $11,246.19 | Benny |
| 21-Oct-24 | Deposit | $20,674.88 | Benny |
| 21-Oct-24 | Deposit | $5,168.35 | Benny |
| 22-Oct-24 | Deposit | $5,319.76 | Benny |
| 23-Oct-24 | Deposit | $4,235.62 | Benny |
| 24-Oct-24 | Deposit | $7,335.20 | Benny |
| 25-Oct-24 | Deposit | $9,081.87 | Benny |
| 28-Oct-24 | Deposit | $10,017.85 | Benny |
| 28-Oct-24 | Deposit | $8,344.65 | Benny |
| 28-Oct-24 | Deposit | $10,318.53 | Benny |
| 29-Oct-24 | Deposit | $8,657.64 | Benny |
| 30-Oct-24 | Deposit | $5,046.80 | Benny |
| 31-Oct-24 | Deposit | $11,298.44 | Benny |
| 1-Nov-24 | Deposit | $9,187.30 | Benny |
| 4-Nov-24 | Deposit | $5,686.20 | Benny |
| 4-Nov-24 | Deposit | $13,623.92 | Benny |
| 4-Nov-24 | Deposit | $0.31 | Benny |
| 4-Nov-24 | Deposit | $13,324.37 | Benny |
| 5-Nov-24 | Deposit | $9,742.96 | Benny |
| 6-Nov-24 | Deposit | $10,541.44 | Benny |
| 7-Nov-24 | Deposit | $2.54 | Benny |
| 7-Nov-24 | Deposit | $1.09 | Benny |

**ADDENDUM TO SOFA**

| Date | Type | Amount | Name |
|---|---|---|---|
| 7-Nov-24 | Deposit | $2.92 | Benny |
| 7-Nov-24 | Deposit | $3.28 | Benny |
| 7-Nov-24 | Deposit | $1.35 | Benny |
| 7-Nov-24 | Deposit | $3.32 | Benny |
| 7-Nov-24 | Deposit | $6,744.74 | Benny |
| 7-Nov-24 | Deposit | $1.71 | Benny |
| 8-Nov-24 | Deposit | $12,593.22 | Benny |
| 12-Nov-24 | Deposit | $9,124.57 | Benny |
| 12-Nov-24 | Deposit | $19,066.94 | Benny |
| 12-Nov-24 | Deposit | $6,956.71 | Benny |
| 12-Nov-24 | Deposit | $18,009.92 | Benny |
| 13-Nov-24 | Deposit | $6,048.64 | Benny |
| 14-Nov-24 | Deposit | $11,600.02 | Benny |
| 15-Nov-24 | Deposit | $16,987.47 | Benny |
| 18-Nov-24 | Deposit | $13,982.78 | Benny |
| 18-Nov-24 | Deposit | $12,194.76 | Benny |
| 18-Nov-24 | Deposit | $12,832.30 | Benny |
| 19-Nov-24 | Deposit | $6,849.55 | Benny |
| 20-Nov-24 | Deposit | $4,849.16 | Benny |
| 21-Nov-24 | Deposit | $9,677.61 | Benny |
| 22-Nov-24 | Deposit | $13,597.26 | Benny |
| 25-Nov-24 | Deposit | $14,409.51 | Benny |
| 25-Nov-24 | Deposit | $10,074.45 | Benny |
| 25-Nov-24 | Deposit | $14,315.96 | Benny |
| 26-Nov-24 | Deposit | $7,706.26 | Benny |
| 27-Nov-24 | Deposit | $5,810.10 | Benny |
| 29-Nov-24 | Deposit | $9,859.72 | Benny |
| 29-Nov-24 | Deposit | $18,431.96 | Benny |
| 2-Dec-24 | Deposit | $13,375.27 | Benny |
| 2-Dec-24 | Deposit | $4,706.46 | Benny |
| 2-Dec-24 | Deposit | $14,410.95 | Benny |
| 3-Dec-24 | Deposit | $4,659.23 | Benny |
| 4-Dec-24 | Deposit | $0.82 | Benny |
| 4-Dec-24 | Deposit | $1.03 | Benny |
| 4-Dec-24 | Deposit | $4,584.93 | Benny |
| 5-Dec-24 | Deposit | $7,634.43 | Benny |
| 6-Dec-24 | Deposit | $20,252.76 | Benny |
| 9-Dec-24 | Deposit | $30,426.50 | Benny |
| 9-Dec-24 | Deposit | $15,405.60 | Benny |
| 9-Dec-24 | Deposit | $23,648.84 | Benny |
| 10-Dec-24 | Deposit | $11,269.94 | Benny |
| 11-Dec-24 | Deposit | $12,074.68 | Benny |
| 12-Dec-24 | Deposit | $20,534.15 | Benny |
| 13-Dec-24 | Deposit | $25,713.20 | Benny |
| 16-Dec-24 | Deposit | $22,291.61 | Benny |
| 16-Dec-24 | Deposit | $33,563.90 | Benny |

**ADDENDUM TO SOFA**

| 16-Dec-24 | Deposit | $34,806.98 | Benny |
|-----------|---------|-----------|-------|
| 17-Dec-24 | Deposit | $1,685.45 | Benny |
| 18-Dec-24 | Deposit | $11,047.49 | Benny |
| 19-Dec-24 | Deposit | $22,587.33 | Benny |
| 20-Dec-24 | Deposit | $23,728.99 | Benny |
| 23-Dec-24 | Deposit | $22,690.75 | Benny |
| 23-Dec-24 | Deposit | $18,582.49 | Benny |
| 23-Dec-24 | Deposit | $10,309.91 | Benny |
| 24-Dec-24 | Deposit | $10,721.00 | Benny |
| 26-Dec-24 | Deposit | $6,682.25 | Benny |
| 26-Dec-24 | Deposit | $12,544.27 | Benny |
| 30-Dec-24 | Deposit | $5,685.29 | Benny |
| 30-Dec-24 | Deposit | $6,081.74 | Benny |
| 30-Dec-24 | Deposit | $11,667.49 | Benny |
| 31-Dec-24 | Deposit | $7,438.34 | Benny |
| 2-Jan-25 | Deposit | 3951.64 | Benny |
| 2-Jan-25 | Deposit | 22355.52 | Benny |
| 3-Jan-25 | Deposit | 3175.51 | Benny |
| 6-Jan-25 | Deposit | 3672.42 | Benny |
| 6-Jan-25 | Deposit | 10552 | Benny |
| 6-Jan-25 | Deposit | 11692.48 | Benny |
| 7-Jan-25 | Deposit | 7679.89 | Benny |
| 8-Jan-25 | Deposit | 3849.1 | Benny |
| 9-Jan-25 | Deposit | 8118.8 | Benny |
| 10-Jan-25 | Deposit | 6118.7 | Benny |
| 13-Jan-25 | Deposit | 13625.9 | Benny |
| 13-Jan-25 | Deposit | 16691.43 | Benny |
| 13-Jan-25 | Deposit | 5057.36 | Benny |
| 14-Jan-25 | Deposit | 6268.12 | Benny |
| 15-Jan-25 | Deposit | 5798.73 | Benny |
| 16-Jan-25 | Deposit | 13023.37 | Benny |
| 17-Jan-25 | Deposit | 11573.37 | Benny |
| 21-Jan-25 | Deposit | 19859.01 | Benny |
| 21-Jan-25 | Deposit | 12254.88 | Benny |
| 21-Jan-25 | Deposit | 6162.19 | Benny |
| 21-Jan-25 | Deposit | 18134.64 | Benny |
| 22-Jan-25 | Deposit | 3705.16 | Benny |
| 23-Jan-25 | Deposit | 9627.18 | Benny |
| 24-Jan-25 | Deposit | 7707.04 | Benny |
| 27-Jan-25 | Deposit | 8866.25 | Benny |
| 27-Jan-25 | Deposit | 10248.78 | Benny |
| 27-Jan-25 | Deposit | 11788.47 | Benny |
| 28-Jan-25 | Deposit | 5791.8 | Benny |
| 29-Jan-25 | Deposit | 5393.54 | Benny |
| 30-Jan-25 | Deposit | 6715.77 | Benny |
| 31-Jan-25 | Deposit | 12130.44 | Benny |

**ADDENDUM TO SOFA**

| 3-Feb-25 | Deposit | 12906.04 | Benny |
| 3-Feb-25 | Deposit | 11088.27 | Benny |
| 3-Feb-25 | Deposit | 11220.45 | Benny |
| 4-Feb-25 | Deposit | 5261.48 | Benny |
| 5-Feb-25 | Deposit | 3043.2 | Benny |
| 6-Feb-25 | Deposit | 7139.52 | Benny |
| 7-Feb-25 | Deposit | 7868.66 | Benny |
| 10-Feb-25 | Deposit | 9278.69 | Benny |
| 10-Feb-25 | Deposit | 11029.83 | Benny |
| 10-Feb-25 | Deposit | 12498.86 | Benny |
| 11-Feb-25 | Deposit | 5431.36 | Benny |
| 12-Feb-25 | Deposit | 8355.44 | Benny |
| 13-Feb-25 | Deposit | 9949.89 | Benny |
| 14-Feb-25 | Deposit | 22147.21 | Benny |
| 18-Feb-25 | Deposit | 13020.57 | Benny |
| 18-Feb-25 | Deposit | 20222.42 | Benny |
| 18-Feb-25 | Deposit | 10318.53 | Benny |
| 18-Feb-25 | Deposit | 12142.92 | Benny |
| 18-Feb-25 | Deposit | 32218.22 | Benny |
| 19-Feb-25 | Deposit | 6078.86 | Benny |
| 20-Feb-25 | Deposit | 7295.35 | Benny |
| 21-Feb-25 | Deposit | 23564.87 | Benny |
| 24-Feb-25 | Deposit | 15938.38 | Benny |
| 24-Feb-25 | Deposit | 10668.51 | Benny |
| 24-Feb-25 | Deposit | 11973.3 | Benny |
| 25-Feb-25 | Deposit | 14252.97 | Benny |
| 26-Feb-25 | Deposit | 5232.74 | Benny |
| 27-Feb-25 | Deposit | 10425.61 | Benny |
| 28-Feb-25 | Deposit | 9969.59 | Benny |
| 3-Mar-25 | Deposit | 10033.53 | Benny |
| 3-Mar-25 | Deposit | 12461.19 | Benny |
| 3-Mar-25 | Deposit | 12595.41 | Benny |
| 4-Mar-25 | Deposit | 9650.08 | Benny |
| 5-Mar-25 | Deposit | 5612.33 | Benny |
| 6-Mar-25 | Deposit | 16505.97 | Benny |
| 7-Mar-25 | Deposit | 14802.69 | Benny |
| 10-Mar-25 | Deposit | 20652.53 | Benny |
| 10-Mar-25 | Deposit | 21110.35 | Benny |
| 10-Mar-25 | Deposit | 14025.92 | Benny |
| 11-Mar-25 | Deposit | 9309.34 | Benny |
| 12-Mar-25 | Deposit | 9632.42 | Benny |
| 13-Mar-25 | Deposit | 7817.3 | Benny |
| 14-Mar-25 | Deposit | 15409.28 | Benny |
| 17-Mar-25 | Deposit | 15796.38 | Benny |
| 17-Mar-25 | Deposit | 12622.39 | Benny |
| 17-Mar-25 | Deposit | 10939 | Benny |
| 18-Mar-25 | Deposit | 8740.96 | Benny |

**ADDENDUM TO SOFA**

| Date | Type | Amount | Name |
|---|---|---|---|
| 19-Mar-25 | Deposit | 5597.38 | Benny |
| 20-Mar-25 | Deposit | 13226.56 | Benny |
| 21-Mar-25 | Deposit | 7988.38 | Benny |
| 24-Mar-25 | Deposit | 15192.14 | Benny |
| 24-Mar-25 | Deposit | 11054.65 | Benny |
| 24-Mar-25 | Deposit | 20047.14 | Benny |
| 25-Mar-25 | Deposit | 5544.39 | Benny |
| 26-Mar-25 | Deposit | 5416.89 | Benny |
| 27-Mar-25 | Deposit | 12374.6 | Benny |
| 28-Mar-25 | Deposit | 14199.54 | Benny |
| 31-Mar-25 | Deposit | 17452.79 | Benny |
| 31-Mar-25 | Deposit | 14420.16 | Benny |
| 31-Mar-25 | Deposit | 10799.22 | Benny |
| 1-Apr-25 | Deposit | $8,388.61 | Benny |
| 3-Apr-25 | Deposit | $10,623.99 | Benny |
| 4-Apr-25 | Deposit | $12,008.47 | Benny |
| 7-Apr-25 | Deposit | $11,206.23 | Benny |
| 7-Apr-25 | Deposit | $14,895.91 | Benny |
| 7-Apr-25 | Deposit | $11,943.65 | Benny |
| 8-Apr-25 | Deposit | $4,879.85 | Benny |
| 9-Apr-25 | Deposit | $4,902.63 | Benny |
| 10-Apr-25 | Deposit | $8,585.15 | Benny |
| 11-Apr-25 | Deposit | $13,589.61 | Benny |
| 14-Apr-25 | Deposit | $16,692.99 | Benny |
| 14-Apr-25 | Deposit | $12,583.01 | Benny |
| 14-Apr-25 | Deposit | $11,273.27 | Benny |
| 15-Apr-25 | Deposit | $2,908.25 | Benny |
| 16-Apr-25 | Deposit | $8,323.93 | Benny |
| 17-Apr-25 | Deposit | $12,110.75 | Benny |
| 18-Apr-25 | Deposit | $11,507.47 | Benny |
| 21-Apr-25 | Deposit | $8,008.46 | Benny |
| 21-Apr-25 | Deposit | $10,432.50 | Benny |
| 21-Apr-25 | Deposit | $7,542.44 | Benny |
| 22-Apr-25 | Deposit | $10,738.72 | Benny |
| 23-Apr-25 | Deposit | $4,690.87 | Benny |
| 24-Apr-25 | Deposit | $7,208.52 | Benny |
| 25-Apr-25 | Deposit | $9,603.45 | Benny |
| 28-Apr-25 | Deposit | $9,729.11 | Benny |
| 28-Apr-25 | Deposit | $13,419.45 | Benny |
| 28-Apr-25 | Deposit | $12,219.86 | Benny |
| 29-Apr-25 | Deposit | $6,949.72 | Benny |
| 30-Apr-25 | Deposit | $14,141.75 | Benny |
| 1-May-25 | Deposit | $13,266.56 | Benny |
| 2-May-25 | Deposit | $8,108.52 | Benny |
| 5-May-25 | Deposit | $6,728.03 | Benny |
| 5-May-25 | Deposit | $10,338.53 | Benny |
| 5-May-25 | Deposit | $11,990.07 | Benny |

**ADDENDUM TO SOFA**

| 6-May-25 | Deposit | $7,556.75 | Benny |
|---|---|---|---|
| 7-May-25 | Deposit | $5,493.62 | Benny |
| 8-May-25 | Deposit | $7,678.09 | Benny |
| 9-May-25 | Deposit | $9,338.57 | Benny |
| 12-May-25 | Deposit | $12,039.44 | Benny |
| 12-May-25 | Deposit | $15,475.34 | Benny |
| 12-May-25 | Deposit | $9,691.33 | Benny |
| 13-May-25 | Deposit | $21,920.63 | Benny |
| 14-May-25 | Deposit | $5,443.42 | Benny |
| 15-May-25 | Deposit | $7,970.53 | Benny |
| 16-May-25 | Deposit | $9,253.90 | Benny |
| 19-May-25 | Deposit | $10,793.21 | Benny |
| 19-May-25 | Deposit | $11,418.08 | Benny |
| 19-May-25 | Deposit | $16,899.88 | Benny |
| 20-May-25 | Deposit | $6,412.27 | Benny |
| 21-May-25 | Deposit | $4,033.41 | Benny |
| 22-May-25 | Deposit | $12,383.57 | Benny |
| 23-May-25 | Deposit | $9,760.43 | Benny |
| 27-May-25 | Deposit | $13,411.34 | Benny |
| 27-May-25 | Deposit | $23,775.54 | Benny |
| 27-May-25 | Deposit | $10,686.52 | Benny |
| 27-May-25 | Deposit | $6,625.01 | Benny |
| 29-May-25 | Deposit | $4,883.53 | Benny |
| 30-May-25 | Deposit | $7,866.33 | Benny |

$5,235,802.53

**ADDENDUM TO SOFA**